

```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  NOV 21 2024

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. CR-21-00348-RGK |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| DAEJOONG JI, | ) | |
| | ) | |
| Defendant. | ) | |

    On arrest warrant issued by the United States District Court for the <ins>Central District of California</ins> involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. (✓) the appearance of defendant as required; and/or

        B. ( ) the safety of any person or the community.

    2. The Court concludes:

        A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1  other persons or the community. Defendant poses a risk to the
2  safety of other persons or the community based on:

3  _____
4  _____
5  _____
6  _____
7  _____

8  B. (✓) Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10  a flight risk based on: _absconded from supervision;_
11  _left the US during supervision without_
12  _a court order_
13  _____
14  _____
15  _____

16  IT IS ORDERED that defendant be detained.

20  DATED: Nov. 21, 2024

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                    Page 2 of 2